KENNETH M. JONES (BAR NO. 140358)
kenneth.jones@saul.com
JESSICA E. BRADLEY (BAR NO. 250874)
jessica.bradley@saul.com
SAUL EWING LLP
1888 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:  (310) 255-6100
Facsimile:  (310) 255-6200

Attorneys for Defendant
METROPOLITAN SECURITY SERVICES, INC.
doing business as WALDEN SECURITY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY VAN DYCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WALDEN SECURITY and METROPOLITAN SECURITY SERVICES, INC., and DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 2:24-cv-03409-AC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br>**(L. Rule 144; FRCP 6)** |

**STIPULATION**

Pursuant to Civil Local Rule 144, and Fed. R. Civ. P. 6, Jay Van Dyck ("Plaintiff"), by and through his attorneys of record, and Defendant Metropolitan Security Services, Inc. doing business as Walden Security ("Defendant"), by and through its attorneys of record, hereby stipulate to an extension as follows:

1. On October 3, 2024, Plaintiff filed a complaint ("the Complaint") in Sacramento Superior Court (Case No. 24CV022062.)

2. On December 6, 2024, Defendant filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 in the Eastern District of California (Case No. 2:24-at-01548).

3. Defendant's current deadline to file a responsive pleading is December 13, 2024.

4. On December 12, 2024, the counsel for the parties met and conferred regarding Defendant's request for an extension to file a response to the Complaint. The request was made to give Defendant's counsel additional time to investigate the allegations before filing a response. Plaintiff's counsel agreed to the requested extension.

Pursuant to the foregoing, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant's date to respond to the Complaint is extended to January 10, 2025.

IT IS SO STIPULATED.

DATED: December 12, 2024        CHRISTOPHER H. WHELAN, INC.

By:_____/s/_____
   CHRISTOPHER H. WHELAN
   DANIA A. PESTANA
Attorneys for Plaintiff
JAY VAN DYCK

1  DATED:  December 12, 2024        SAUL EWING LLP

                                    By: _____/s/_____
                                        KENNETH M. JONES
                                        JESSICA E. BRADLEY
                                    Attorneys for Defendant
                                    METROPOLITAN SECURITY SERVICES,
                                    INC. doing business as WALDEN SECURITY

IT IS SO ORDERED.

DATED: December 13, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SAUL EWING LLP
1888 CENTURY PARK EAST, SUITE 1500
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

53558722.1 379271-00008                 3        STIP AND ORDER FOR EXTENSION
                                                 TO FILE RESPONSIVE PLEADING